IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyshawn Cole,

    Plaintiff(s),

vs.

JB Pritzer, et al.,

    Defendant(s).

Case Number: 1:19cv663

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 5, 2019 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 19, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, this action is DISMISSED with prejudice for failure to state a claim for relief. It is also ORDERED that this Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is DENIED leave to appeal *in forma pauperis*.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court